

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-22-00049-CR |
| State, | § | Appeal from the |
| v. | § | 112th District Court |
| SANDRA FLORALIE DUFORAT, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-4141-112-CR) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS Gayla R. May, Substitute Court Reporter for the 112th District Court of Pecos County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit 1 and Joint Exhibit 1.  The supplemental reporter's record is due with this Court on or before September 25, 2022.

IT IS SO ORDERED this 15th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.